**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1725**

ANDRES LEROY GLENN,

                    Plaintiff – Appellant,

          v.

LIZE STOWE; ELIBETH EZACK; SUE GALE; MICHELL MOORE,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, Senior
District Judge.  (3:14-cv-01580-CMC)

Submitted:  November 18, 2014         Decided:  November 20, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Andres Leroy Glenn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andres Leroy Glenn seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing his civil action without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Glenn seeks to appeal is neither a final order nor an appealable interlocutory or collateral order, as Glenn may be able to save the action by amending his complaint to cure the pleading deficiencies identified by the district court. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2